UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LARRY MORRIS,

    Plaintiff,

v.                                            Case No. 5:23-cv-42-TKW/MJF

SCOTT MIDDLEBROOKS, et al.,

    Defendants.

_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff failed to state plausible claims for relief against Defendants Scott Middlebrooks, D. Baker, T. Taylor, medical administrator "Jane or John Doe," and Management & Training Corporation (MTC).  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Plaintiff's claims against Defendants Scott Middlebrooks, D. Baker, T. Taylor, medical administrator "Jane or John Doe," and MTC are **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief can be granted.  The Clerk shall terminate those Defendants in CM/ECF.

3.      This case is referred back to the magistrate judge for further proceedings on the claim against Defendant Blackmon.

**DONE and ORDERED** this 28th day of August, 2023.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**